DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN G. LANE, ) | |
| ) | |
| Movant, ) | Case No: 2:14-cv-01413-GMN-GWF |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES SECURITIES AND ) | |
| EXCHANGE COMMISSION, ) | |
| ) | |
| Respondent. ) | |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Timothy N. McGarey to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Timothy N. McGarey is an attorney with the Securities and Exchange Commission, an agency of the federal government, and is an active member in good standing of the bar of the District of Columbia (Bar No. 420598).

The following information is provided to the Court:

> Timothy N. McGarey
> Special Trial Counsel
> Office of General Counsel
> U.S. Securities and Exchange Commission
> 100 F. Street, N.E.
> Washington, D.C. 20549-9612
> (202) 551-5179
> McGareyT@sec.gov

Accordingly, the United States respectfully requests that the Court admit Timothy N. McGarey to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 4th day of September 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2014

2

**PROOF OF SERVICE**

I, Blaine T. Welsh, hereby certify that the following individual was served with the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on this date by the below identified method of service:

**Electronic Case Filing:**

Elaine A. Dowling
Harold P Gewerter
Harold P. Gewerter, Esq., Chtd.
5536 South Fort Apache Road, Suite 102
Las Vegas , Nevada 89148
harold@gewerterlaw.com; elaine@gewerterlaw.com

Dated this 4th day of September 2014.

                                           */s/Blaine T. Welsh*
                                           BLAINE T. WELSH
                                           Assistant United States Attorney